UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MILTON E. LANCASTER
        Plaintiff(s)
   v.                                     **Judgment in a Civil Case**
WILLIAM C. CASEY
        Defendant(s)                Case Number: 5:11-CT-3109-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

<u>This Judgment Filed and Entered on July 7, 2011, with service on:</u>
Milton E. Lancaster  0231831, Carteret Correctional Center, P.O. Box 220, Newport, NC  28570 (via U.S. Mail)

July 7, 2011                                                              /s/ Dennis P. Iavarone
                                                                                    Clerk